**David Ray Kucera & Valeria McLennan Kucera**
**Debtors**

Part 1, Item 4

Kucera Properties GP, LLC
EIN: 82-4668400

Kucera Properties LP
EIN 82-4651646

Kucera Autos, LLC
EIN: 85-1754820

Union Compression & Services, LLC
EIN: 46-2276883